# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANDRE SEGA, | Case No. 2:16-cv-02119-RFB-CWH |
| Plaintiff, | |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al, | **ORDER** |
| Defendants. | |

Presently before the court is Defendants' proposed discovery plan and scheduling order (ECF No. 8), filed on November 14, 2016. Plaintiff has not filed a discovery plan or responded to Defendants' discovery plan.

Defendants' counsel represents that he attempted to meet and confer with Plaintiff regarding the proposed discovery plan, but was unsuccessful. Under Local Rule 26-1(a), a plaintiff must initiate a Fed. R. Civ. P. 26(f) conference within 30 days after the first defendant answers or otherwise appears. The parties must then submit a stipulated discovery plan and scheduling order within fourteen days of the conference. Defendants' first appearance in this matter was made on September 8, 2016 (ECF No. 3), but it appears that Plaintiff did not initiate a scheduling conference.

IT IS THEREFORE ORDERED that Defendants' proposed discovery plan and scheduling order (ECF No. 8) is DENIED without prejudice.

IT IS FURTHER ORDERED that Plaintiff must initiate a scheduling conference with Defendants and the parties must file a stipulated discovery plan and scheduling order no later than November 30, 2016.

DATED: November 15, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1