ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile*
*Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ANDRE SEGA,<br><br>        Plaintiff,<br><br>    vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and INSURER ENTITIES I-V, inclusive,<br><br>        Defendants. | CASE NO. 2:16-cv-02119-RFB-CWH<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S EXTRA-CONTRACTUAL CLAIMS** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff ANDRE SEGA, by and through his counsel, Gazda Tadyon, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm") by and through its counsel, Lewis Brisbois Bisgaard & Smith LLP, that the Second and Third Causes of Action of Plaintiff's Complaint against State Farm in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-8538-7329.1

1    IT IS FURTHER STIPULATED AND AGREED that Plaintiff's prayer for punitive

2  damages shall also be dismissed with prejudice.

3  DATED this 10th day of March, 2017.          DATED this 10th day of March, 2017.

4  GAZDA & TADAYON                              LEWIS BRISBOIS BISGAARD & SMITH LLP

5          */s/ Lewis Gazda*                            */s/ Danielle C. Miller*

6  By: _____                By: _____
     LEWIS GAZDA, ESQ.                            ROBERT W. FREEMAN, ESQ.
7    Nevada Bar No. 004269                        Nevada Bar No. 003062
     AFSHIN TADAYON, ESQ.                         DANIELLE C. MILLER, ESQ.
8    Nevada Bar No. 006517                        Nevada Bar No. 009127
     2600 S. Rainbow Boulevard, Suite 200         6385 S. Rainbow Boulevard, Suite 600
9    Las Vegas, Nevada 89146                      Las Vegas, Nevada 89118
     *Attorneys for Plaintiff*                    *Attorneys for Defendant*
10

11

12                                  <u>ORDER</u>

13    IT IS SO ORDERED.

14    DATED this  13th  day of   March   , 2017.

15

16

17                                        _____
                                          RICHARD F. BOULWARE, II
18                                        United States District Judge

19  Respectfully Submitted by:

20
   LEWIS BRISBOIS BISGAARD & SMITH LLP
21

22  */s/ Danielle C. Miller*

23    ROBERT W. FREEMAN, ESQ.
      Nevada Bar No. 003062
24    DANIELLE C. MILLER, ESQ.
      Nevada Bar No. 009127
25    6385 S. Rainbow Boulevard, Suite 600
      Las Vegas, Nevada 89118
26    *Attorneys for Defendant State Farm Mutual*
      *Automobile Insurance Company*
27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW