ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant
State Farm Mutual Automobile
Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ANDRE SEGA,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and INSURER ENTITIES I-V, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-02119-RFB-CWH<br><br>STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT |

IT IS HEREBY STIPULATED and AGREED between Plaintiff ANDRE SEGA, by and through his counsel, Gazda Tadyon, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm") by and through its counsel, Lewis Brisbois Bisgaard & Smith LLP, that Plaintiff's Complaint against State Farm in the above-entitled action shall be dismissed, with prejudice.

///
///
///
///
///
///

4826-7649-4941.1

IT IS FURTHER STIPULATED AND AGREED that each party is to bear their own attorneys' fees and costs.

DATED this 16-day of February, 2018.

GAZDA & TADAYON

/s/
By: _____
LEWIS GAZDA, ESQ.
Nevada Bar No. 004269
AFSHIN TADAYON, ESQ.
Nevada Bar No. 006517
2600 S. Rainbow Boulevard, Suite 200
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

DATED this ___ day of February, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Danielle C. Miller
By: _____
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

ORDER

IT IS SO ORDERED.

DATED this __2nd__ day of ____March____, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Danielle C. Miller
_____
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*